## CLARK v. UNITED STATES.

### (Circuit Court of Appeals, Fifth Circuit. April 1, 1918.)

#### No. 3201.

HOMICIDE ⊜⟳92—"THREATS AGAINST PRESIDENT."

    A statement by accused, after applying vile epithets to President Wilson, that he wished the President was in hell, and that if he had the power he would put him there, must be deemed a threat against the President, in violation of Act Feb. 14, 1917, c. 64, 39 Stat. 919.

In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.

Marion Clark was convicted of violating Act Feb. 14, 1917, c. 64, and he brings error. Affirmed.

T. L. Foster, of Beaumont, Tex., for plaintiff in error.

Clarence Merritt, U. S. Atty., of McKinney, Tex., and J. B. Dailey, Asst. U. S. Atty., of Paris, Tex.

Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

BATTS, Circuit Judge. Plaintiff in error was convicted under the act of Congress of February 14, 1917, for the use of the following language, alleged by the indictment to have been with reference to the President:

"Wilson is a wooden-headed son of a bitch. I wish Wilson was in hell, and if I had the power I would put him there."

A motion to quash the indictment was properly overruled. United States v. Stickrath (D. C.) 242 Fed. 151.

The judgment is affirmed.